PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED
JUL 1 1 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

## Report on Offender Under Supervision

Name of Offender: Franklin Wright                    Case Number: SA-97-CR-112(1)OG

Name of Sentencing Judicial Officer: Honorable Orlando L. Garcia, United States District Judge

Date of Original Sentence: May 12, 1998

Original Offense: Conspiracy and Tax Evasion, in violation of 18 U.S.C. § 26 U.S.C. § 7201

Original Sentence: 12 months imprisonment per count; 3 years supervised release per count; $200 special assessment Substance Abuse Treatment and pay all taxes and penalties to the IRS

Type of Supervision: Supervised Release        Date Supervision Commenced: October 6, 2004

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.<br><br>Wright failed to report on a timely basis to the drug testing facility to provide urine specimens on May 14, May 19, May 20, May 22, May 29, June 4, and June 12, 2007. |

PROB 12A
(7/93)

U.S. Probation Officer Action: According to his probation officer in Woodland Hills, California, after Wright was unable to provide the urine specimen at the drug testing facility, he would then immediately travel to the probation office and provide a urine specimen the same day. All specimens tested negative for alcohol or illegal drugs. Wright's probation officer explained that the offender, who is taking care of his children while his wife is working, was having a hard time meeting the demands of driving to the drug testing facility in time to drop his specimen off. Wright, since this issue has been addressed with him by his probation officer, has made arrangements to ensure he is timely with providing the urine specimens at the drug testing site. Wright continues to attend monthly drug counseling meetings, he recently completed a rational behavior group at the VA, and was recently accepted into a substance abuse support group for veterans. His probation officer visits him at his residence a minimum of twice monthly. According to his probation officer, based upon the probation officer's assessment, Wright should complete the remaining portion of his supervised release without any problem. It is recommended no action be taken regarding these technical violations.

Assistant U.S. Attorney, William Harris, concurs.

Respectfully submitted,

Franklin J. Olvera
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 331
Date: July 11, 2007

FJO

cc: William Harris
Assistant U.S. Attorney

Victor A. Casillas
Assistant Deputy Chief U.S. Probation Officer

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

Orlando L. Garcia
U.S. District Judge

7-11-07
Date